J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
7001 W. Charleston Blvd., #1043
Las Vegas, NV 89117
888-667-1113 (phone)
305-437-7662 (fax)
jmd@Randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 2:11-cv-00638 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| SWARM OF NOVEMBER 17 to 24, 2010, SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66 A0880B8; AND DOES 1 through 3, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, Plaintiff voluntarily dismisses the remaining defendants in this action without prejudice.  As no Defendant has appeared in this matter, no further action is required by the Court.  The Clerk may order this action closed.

Date: December 21, 2011                        s/ J. Malcolm DeVoy IV
                                               J. Malcolm DeVoy IV
                                               Randazza Legal Group

                                               Attorney for Plaintiff

1

**CERTIFICATE OF NON-SERVICE**

I am an authorized representative of Randazza Legal Group and responsible for effecting service, if possible, in this case. The defendants' true identities in this matter are unknown and they therefore cannot be served under Fed. R. Civ. P. 5.

Dated this 21st day of December, 2011

                                                /s/ J. Malcolm DeVoy IV
                                                J. Malcolm DeVoy IV